OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

B/W

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE

$00.26⁵
0004279596    APR 29 2015
MAILED FROM ZIP CODE 78701

**4/22/2015**
**ROBERTS, JEENA**          Tr. Ct. No. 2010-429,390-B          **WR-81,806-04**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

Wrong So#

JEENA ROBERTS          Bw

P O Box 10536

Lubbock, TX
79408

TDC # 1893971AS

Undeliverable
As Addressed